**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| The TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 36 401(k) PLAN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.: 4:07-CV-1345 CAS |
| MATCHETT / BRANSON HEATING & COOLING, INC., | ) ) ) | |
| Defendant. | ) ) | |

## DEFAULT JUDGMENT

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of plaintiffs and against defendant Matchett / Branson Heating & Cooling, Inc., for a total of Five Hundred Eight Dollars ($508.00) in contributions due for July and August 2007 to the 401(k) Plan.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiffs have default judgment against defendant Matchett / Branson Heating & Cooling, Inc. for a total of Six Hundred Eighty-One Dollars and Twelve Cents ($681.12) in interest and liquidated damages on the late-paid and unpaid and delinquent contributions for various months from January 2006 through the present.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiffs have judgment against defendant Matchett / Branson Heating & Cooling, Inc. for One Thousand Five Hundred Eighty-Eight Dollars and Seventy-Five Cents ($1,588.75) in costs and attorney fees, as well as any

additional reasonable attorney's fees and costs incurred thereafter in connection with this case until

this judgment has been fully executed.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __24th__ day of September, 2007.